

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Domenic Cervoni
Direct Telephone: 212-912-2722
Direct Fax: 646-786-4516
domenic.cervoni@lockelord.com

November 1, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



| Re: | ***Nikolai Sarakhman v. Sumitomo Mitsui Finance and Lending Company, Ltd.,*** **Case No. 1:24-cv-05817** |

Dear Judge Clarke:

Locke Lord represents Defendant Sumitomo Mitsui Finance and Leasing Company, Ltd. ("SMFL") in connection with the above-referenced matter and writes with the consent of counsel for Plaintiff Nikolai Sarakhman (together with SMFL, the "Parties"). The Parties jointly and respectfully request that the Court adjourn the initial pretrial conference currently scheduled for Thursday, November 7, 2024 because counsel for both Parties have pre-existing scheduling conflicts on that date. This is the Parties' first request for an adjournment of the initial pretrial conference, and both Parties consent to the adjournment. Pursuant to 2(e)of Your Honor's individual practices, the Parties have mutually identified three alternative dates for the initial pretrial conference: November 21, 2024; November 22, 2024; or November 26, 2024.

The Parties do not have any other scheduled appearances before the Court at this time.

If the Court has any questions, we are available at your convenience.

Thank you for your consideration.

November 1, 2024
Page 2

Respectfully submitted,


*/s/ Domenic Cervoni*                              */s/ Matthew Clark*
Domenic Cervoni                              Matthew Clark
LOCKE LORD LLP                              GREGORY, MOORE, BROOKS
*Attorneys for Defendant*                       & CLARK P.C.
                                              *Attorneys for Plaintiff*




cc: All Counsel of Record (via ECF)



Application GRANTED. The initial pre-trial conference ("IPTC") originally scheduled for November 7, 2024 is RESCHEDULED to **November 22, 2024 at 2:30 PM.**

To the extent the parties need to revise or amend the IPTC materials they previously submitted, *see* ECF No. 16, any revised materials shall be filed on or before **November 15, 2024**. The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 4, 2024
        New York, New York