UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKOLAI SARAKHMAN.,

Plaintiffs,

-against-

SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LTD.,

Defendant.

24 CIVIL 5817 (JGLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 3, 2026, the Motion to Dismiss is GRANTED in full. Because Plaintiff does not request leave to amend and, moreover, has already amended the complaint once with the benefit of the Court's prior-and substantially similar-Opinion, the Court sua sponte denies leave to file a second amended complaint; accordingly, the case is closed.

**Dated:** New York, New York
August 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**